AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

OMEGA CAMPBELL
*Plaintiff*
v.
CALIFORNIA HEALTH BENEFIT EXCHANGE
*Defendant*

Case No. 2:25-CV-01235-DJC-CKD

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Omega Campbell .

Date: 07/08/2025

/s/ Ben Travis
*Attorney's signature*

Ben Travis (SBN 305641)
*Printed name and bar number*

Ben Travis Law, APC
4660 La Jolla Village Drive, Suite 100
San Diego, CA 92122
*Address*

ben@bentravislaw.com
*E-mail address*

(619) 353-7966
*Telephone number*

*FAX number*