1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12
                                              |  2:25-CV-01235-DJC-CKD
13   **OMEGA CAMPBELL, individually andon**
     **behalf of others similarly situated,**
14
15                                Plaintiff,
                                              |  **ORDER GRANTING**
16               v.                           |  **INITIAL STIPULATION TO EXTEND**
                                              |  **DEFENDANT'S DEADLINE TO**
                                              |  **RESPOND TO THE FIRST AMENDED**
17   **CALIFORNIA HEALTH BENEFIT**            |  **COMPLAINT**
     **EXCHANGE, aka COVERED**
18   **CALIFORNIA,**
19                                Defendant.
20
21
22
23
24
25
26
27
28

      Based on the stipulation of counsel, the Court extends the deadline for the California Health Benefit Exchange, also known as Covered California, to September 12, 2025, to file its responsive pleading, and nothing in the parties' stipulation waives any party's rights, defenses or immunities, including but not limited to sovereign immunity under the Eleventh Amendment.

      IT IS SO ORDERED.

Dated: July 24, 2025            /s/ Daniel J. Calabretta
                                        THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE

1

ORDER GRANTING INITIAL STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND
TO THE FIRST AMENDED COMPLAINT (2:25-CV-01235-DJC-CKD)